PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

For The

## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

    v.                                          Crim. No.   97-30007-001

KENNETH HARRIS

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on June 7, 2006. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

                                                                         Respectfully submitted,

                                                                         s/Eric W. Fox

                                                                       U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___ day of June, 2006.

                                                                      s/ Jeanne E. Scott

                                                               JEANNE E. SCOTT
                                                               UNITED STATES DISTRICT JUDGE